January 29, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

VAN WILLIAM DITTMER, Appellant

NO. 14-12-01090-CV                         V.

DEAN M BLUMROSEN, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on November 13, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Van William Dittmer.

We further order this decision certified below for observance.